Frank McSwegan and Another, Respondents, v. The Pennsylvania Railroad Company. Appellant. — Judgment affirmed, with costs. — PER CURIAM: This case is not changed from its condition when before us on the former appeal (7 App. Div. 301). On this trial, it went to the jury on the question of fact as to who employed the two men to go to Beverly to repair the engine. It clearly appears the plaintiffs did not. They were not in the service of the plaintiffs, and they were paid for their work by the Beverly company. The judge's charge was strictly within the lines of the opinion of this court on the former appeal. The first request to charge was properly refused. The judge, in substance, charged it three times, and was not bound to use the exact words of counsel. The judgment should be affirmed, with costs. Present — Van Brunt, P. J., Williams, Patterson, O'Brien and Ingraham, JJ.

Henry Boedecker and Others, Plaintiffs, v. Westchester Fire Insurance Company, Defendant. — Motion dismissed, with ten dollars costs and disbursements. No opinion.

William M. Donald and John W. Gordon, Doing Business under the Name and Style of Donald, Gordon & Co., v. F. Jerome Gardner. — Motion denied.

Adolph Edelmuth, Appellant, v. Ferdinand Sulzberger, Respondent, Impleaded with Joseph Schwarzschild. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Susanna Hutchinson v. John Healey. — Motion granted, with ten dollars costs.

John Martin Layman, Appellant, v. John Anderson & Company, Respondent. Same, Respondent, v. Same, Appellant. — Reargu-

ment directed of appeal from order of October 26, 1895, granting new trial upon the trial justice's minutes. Order of reversal entered April 24, 1896, and judgment which followed same, entered May 26, 1896, and all proceedings thereunder vacated.

In the Matter of Antoine Ruppaner. — Motion granted.

The People of the State of New York ex rel. William T. Somerville, Appellant, v. Theodore Roosevelt and Others, as Police Commissioners, etc., Respondents. — Proceedings affirmed, with costs. No opinion.

The People of the State of New York ex rel. Edward Coppers, Appellant, v. Joseph Murray et al., Respondents. — Proceedings affirmed, with costs. No opinion.

13  625
156a 692

The People of the State of New York v. Annie Giles and Another. — Motion denied.

The People of the State of New York v. Henry D. Garrett. — Motion granted.

Casper Stapf v. V. Loewers Gambrinus Brewery Company. — Motion granted.

John C. Sheehan v. Solomon S. Carvalho. — Motion denied upon payment of ten dollars costs in order to give appellant an opportunity to move at Special Term to open his default.

William R. Ware, Appellant, v. Benjamin F. Dos Passos and An ther, Respondents. — Judgment affirmed, with costs. No opinion.

Willett D. Morgan, Respondent, v. George G. Young et al., Appellants. Motion denied, upon payment of ten dollars costs, within five days.

Gustave Heye v. Henry M. Tilford. — Motion for resettlement granted.

Marietta Ludington v. Andrew J. Ditman. — Motion granted, with ten dollars costs.

William H. Phillips v. Metropolitan Elevated Railroad Company. — Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Jacob Simermyer v. Theodore Roosevelt and Others, Police Commissioners, etc. — Motion for resettlement granted.

Karl M. Wallach, Appellant, v. Samson Wallach and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Washington Life Insurance Company, Respondent, v. Augustus Clason, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion.